**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **IRagazzi Pizza, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  I Ragazzi Pizza** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **06-1824731** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**159 Hancock Bridge Parkway**
**Unit 2**
**Cape Coral, FL 33990**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Lee**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.iragazzipizza.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **IRagazzi Pizza, Inc.**                                         Case number (*if known*) _____
　　　　 Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **IRagazzi Pizza, Inc.**
Name

Case number (*if known*) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **IRagazzi Pizza, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☑ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **IRagazzi Pizza, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 11, 2023**
MM / DD / YYYY

**X /s/ Timothy B. Luke**                     **Timothy B. Luke**
Signature of authorized representative of debtor     Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Allan T. Griffith**          Date **September 11, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Allan T. Griffith 173669**
Printed name

**Allan T. Griffith, P.A.**
Firm name

**2100 McGregor Blvd.**
**Fort Myers, FL 33901**
Number, Street, City, State & ZIP Code

Contact phone   **239-334-9199**      Email address   **allan@allantgriffith.com**

**173669 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    __IRagazzi Pizza, Inc.__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 11, 2023__    X /s/ Timothy B. Luke
                                                 Signature of individual signing on behalf of debtor

                                                 **Timothy B. Luke**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................    $ _____162,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $ _____162,000.00

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____564.15

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____402,430.39

4.    Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b    $ _____402,994.54

**Fill in this information to identify the case:**

Debtor name  **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **SUNCOAST CREDIT UNION** | **CHECKING** | **0050** | **$0.00** |
| 3.2. | **SUNCOAST CREDIT UNION** | **SAVINGS** | **0000** | **$0.00** |
| 3.3. | **Wells Fargo Bank (frozen, garnished $52K in account by Vox Funding). Unknow if Wells Fargo sent money to Vox or not** | **savings** | **7931** | **$52,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$52,000.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Debtor  **IRagazzi Pizza, Inc.**                                    Case number *(If known)* _____
              Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of<br>debtor's interest**<br>(Where available) | **Valuation method used<br>for current value** | **Current value of<br>debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

Debtor   **IRagazzi Pizza, Inc.**                                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **[ALL of the following items are still located (to debtor's knowledge) inside the business. Locked by Landlord  Landlord has a lawsuit currently for the rent.  ]** furniture-$1,000; Outside Tables and chairs-$50; Mirrors-$500; 3 thousand in small wares; $2,500 inventory; Speed rack-$150; salamander-$1,000; Shelf and small wares; 2 Blodgett Ovens- 1st  $10,000 - 2nd $15,000; 1 Pizza Station- 5 ft Avantco $2,500; 1 Sub Station- 1 door 4 Spartan $1,200; 1 Small Freezer Thomson $200; 1 Walk-in Refrigerator-$20,000; 1 tall freezer- Genkraft $900; Model H GST23BF; 1 Sandwich Station 2 drawer 6ft SABA $1,200; Model # PICL2 9141070004 - 6057410716041201; 1 Sauce Rack with opener $200; 1 small Fridge (NOT WORKING); 1 Stand up Fridge May Cold - $800; 1 Dough Mixer- Anville 10,000; Model Mix 9160 Serial # 0425; 1 Fry Hood System- $23,500; 1 Pitco Fryer- $1,000; 1 Dessert Case Fridge- Beverage Air- $500; 1 Cheese Melter- Belleco $600; 1 Manitowoc Ice Machine- (2 years old) -$1,000; 1 Electric Steam Table- $100; 2 Sauce Warmers- Quality PDFW-1200NP  $150; 1- 3 SINK- $500; 2 Stainless Steel Prep Table 5ft- $500; Small wares pots, | **Unknown** | **N/A** | **$110,000.00** |

---

51.     **Total of Part 8.**                                                                          | $110,000.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **IRagazzi Pizza, Inc.**
      Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $52,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $110,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $162,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $162,000.00 |

**Fill in this information to identify the case:**

Debtor name     **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
  amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

**Fill in this information to identify the case:**

Debtor name **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**FL DOR**<br>**c/o Ft Myers Service Ctr**<br>**2295 Victoria Ave.**<br>**Str 270**<br>**Fort Myers, FL 33901** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $532.42 | $532.42 |
|  | Date or dates debt was incurred<br>**3/2023** | Basis for the claim:<br>**taxes** | | |
|  | Last 4 digits of account number **9386**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Florida Dept of Revenue**<br>**5050 W Tennessee St.**<br>**Tallahassee, FL 32399-0110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31.73 | $31.73 |
|  | Date or dates debt was incurred<br>**5/31/23** | Basis for the claim:<br>**SALES AND USE TAX** | | |
|  | Last 4 digits of account number **9386**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **IRagazzi Pizza, Inc.**                                           Case number (if known) _____
        Name

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231.56** |
|---|---|---|---|

**ADT Security Services**
**PO Box 371878**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **utility**

Last 4 digits of account number  **9529**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,104.00** |
|---|---|---|---|

**Alexa Cordrey**
**1709 NW 11th Court**
**Cape Coral, FL 33993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **payroll due to this person**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,378.00** |
|---|---|---|---|

**AMERICAN EXPRESS**
**PO BOX 297800**
**Fort Lauderdale, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **CREDIT CARD  254004**

Last 4 digits of account number  **4004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.09** |
|---|---|---|---|

**Americo Financial Life &**
**Annuity Insurance Co.**
**PO Box 410288**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **2563**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**ARAMARK**
**PO BOX 731676**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **LINENS, TOWELS, ETC**

Last 4 digits of account number  **1803**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,493.00** |
|---|---|---|---|

**Ascentium Capital, LLC**
**PO Box 11407**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **POINT OF SALE SYSTEM**

Last 4 digits of account number  **9493**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,971.73** |
|---|---|---|---|

**Bank America**
**PO Box 653064**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **credit card**

Last 4 digits of account number  **1288**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | IRagazzi Pizza, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.8** | **Nonpriority creditor's name and mailing address**
**BANK OF AMERICA**
**PO BOX 15796**
**WILMINGTON, DE 19686**

Date(s) debt was incurred _

Last 4 digits of account number  **0660**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LINE OF CREDIT**

Is the claim subject to offset? ■ No ☐ Yes

**$3,262.82**

---

**3.9** | **Nonpriority creditor's name and mailing address**
**BANKCARD CENTER**
**PO BOX 8339**
**Spring, TX 77380-8339**

Date(s) debt was incurred _

Last 4 digits of account number  **9222**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CARD PROCESSING**

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.10** | **Nonpriority creditor's name and mailing address**
**Cherubino Masci**
**719 SE 12th Ave**
**apt 108**
**Cape Coral, FL 33990**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **pay roll due to this person**

Is the claim subject to offset? ■ No ☐ Yes

**$536.00**

---

**3.11** | **Nonpriority creditor's name and mailing address**
**Citi Cards**
**PO Box 6403**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _

Last 4 digits of account number  **2118**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BEST BUY CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.12** | **Nonpriority creditor's name and mailing address**
**Comcast**
**12641 Corporate Lakes Dr**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number  **5361**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **service**

Is the claim subject to offset? ■ No ☐ Yes

**$413.82**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Comcast**
**12641 Corporate Lakes Dr**
**Fort Myers, FL 33913**

Date(s) debt was incurred _

Last 4 digits of account number  **8471**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICE**

Is the claim subject to offset? ■ No ☐ Yes

**$2,378.59**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**CUSANO'S**
**1185 POMPEI LANE**
**Naples, FL 34103**

Date(s) debt was incurred _

Last 4 digits of account number  **XXXX**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BREAD**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

Debtor  **IRagazzi Pizza, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Daniela Schiaroli**<br>**2920 SW 16th**<br>**Cape Coral, FL 33914** | As of the petition filing date, the claim is: Check all that apply.       **$1,824.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number ____ | Basis for the claim:  **payroll due to this person**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Dish**<br>**PO Box 7203**<br>**Pasadena, CA 91109** | As of the petition filing date, the claim is: Check all that apply.       **$218.57**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **6931** | Basis for the claim:  **TV SERVICE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**EXXON MOBIL BUSINESS PRO**<br>**PO BOX 639**<br>**Portland, ME 04104** | As of the petition filing date, the claim is: Check all that apply.       **$714.79**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **6043** | Basis for the claim:  **CREDIT CARD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**FIRESTONE CREDIT FIRST NA**<br>**PO BOX 81344**<br>**Cleveland, OH 44188** | As of the petition filing date, the claim is: Check all that apply.       **$1,897.59**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **0988** | Basis for the claim:  **CREDIT CARD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**FPL**<br>**PO Box 25476**<br>**Miami, FL 33102** | As of the petition filing date, the claim is: Check all that apply.       **$1,010.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **0298** | Basis for the claim:  **SERVICE**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**GB COLLECTS**<br>**SCOTTSDALE INSURANCE**<br>**1253 HADDONFIELD BERLIN RD**<br>**Voorhees, NJ 08043** | As of the petition filing date, the claim is: Check all that apply.       **$1,887.54**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **1701** | Basis for the claim:  **UTILITY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Goldman Sachs BANK**<br>**SALTLAKE CITY BRANCH**<br>**PO BOX 70321** | As of the petition filing date, the claim is: Check all that apply.       **$5,968.58**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  **0977** | Basis for the claim:  **CREDIT CARD**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | IRagazzi Pizza, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,920.00**

Heidy Marrero
109 NW 2nd Place
Cape Coral, FL 33993

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Payroll due to her**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,406.49**

Jerry-Lin Corporation
c/o Chefer & Hagan, PA
2120 McGregor Blvd.
Fort Myers, FL 33901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7106**

Basis for the claim:  **Lawsuit Lee County, FL  23-CA-007106**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,450.00**

Jessica Bishop
3013 SW 8th Place
Cape Coral, FL 33914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **payroll due to this person**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$698.12**

KAY JEWELERS
PO BOX 650972
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6719**

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,739.65**

Kohls
PO Box 1456
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7324**

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,020.83**

LCEC
PO Box 31477
Tampa, FL 33631-3477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2727**

Basis for the claim:  **UTILITY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,000.00**

Lendini/Funding Metrics LLC
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7650**

Basis for the claim:  **loan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **IRagazzi Pizza, Inc.**                                    Case number (if known) _____
    Name

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**MACYS**<br>**PO BOX 790003**<br>**Saint Louis, MO 63179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,130.67** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __CREDIT CARD__ | |
| | Last 4 digits of account number __6672__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Millennium Physcian Group**<br>**Attn: 863690**<br>**PO Box 14000**<br>**Belfast, ME 04915** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11.33** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __medical__ | |
| | Last 4 digits of account number __4290__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**ODK CAPITAL LLC**<br>**aka OnDeck Asset Secur.**<br>**4700 W. Daybreak Pkwy**<br>**Suite 200**<br>**S. Jordan, UT 84009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$53,959.73** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number __2388__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Orkin Pest Control**<br>**2107 Andrea Ln**<br>**Fort Myers, FL 33912** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$191.68** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __SERVICE__ | |
| | Last 4 digits of account number __NONE__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Quest Diagnostics**<br>**PO Box 740781**<br>**Cincinnati, OH 45274** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$283.46** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __MEDICAL__ | |
| | Last 4 digits of account number __0251__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Quest Diagnostics**<br>**PO Box 740781**<br>**Cincinnati, OH 45274** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$662.54** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __MEDICAL__ | |
| | Last 4 digits of account number __1354__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**RAPID FINANCE**<br>**4500 E West Hwy FL6**<br>**Bethesda, MD 20814** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$54,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: __LOAN__ | |
| | Last 4 digits of account number __2011__ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **IRagazzi Pizza, Inc.**        Case number (if known) _____
      Name

| | |
|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>Ryan Goss<br>2514 SW 25th Ave<br>Cape Coral, FL 33914 | **As of the petition filing date, the claim is:** Check all that apply.     **$840.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __payroll due to this person__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**   **Nonpriority creditor's name and mailing address**
Sam's Club
PO Box 669809
Dallas, TX 75266

Date(s) debt was incurred _

Last 4 digits of account number __0872__

**As of the petition filing date, the claim is:** Check all that apply.    **$1,301.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __CREDIT CARD__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**   **Nonpriority creditor's name and mailing address**
SBA
2 North 20th St.
Suite 320
Birmingham, AL 35203

Date(s) debt was incurred _

Last 4 digits of account number __7726__

**As of the petition filing date, the claim is:** Check all that apply.    **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __SMALL BUSINESS EMERGENCY BRIDGE LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**   **Nonpriority creditor's name and mailing address**
Scottsdale Insurance Co.
C/O GB COLLECTS, LLC
1253 HADDONFIELD BERLIN RD.
Voorhees, NJ 08043-4847

Date(s) debt was incurred _

Last 4 digits of account number __1701__

**As of the petition filing date, the claim is:** Check all that apply.    **$1,887.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __INSURANCE__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**   **Nonpriority creditor's name and mailing address**
Service Finance Co., LLC
555 S. FEDERAL HWY.
SUITE 200
Boca Raton, FL 33432

Date(s) debt was incurred _

Last 4 digits of account number __5406__

**As of the petition filing date, the claim is:** Check all that apply.    **$2,893.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __loan/LINE OF CREDIT//cabinets__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**   **Nonpriority creditor's name and mailing address**
SHIFT
ATTN: COLLECTIONS DEPT
2202 N. IRVING ST.
Allentown, PA 18109

Date(s) debt was incurred _

Last 4 digits of account number __2213__

**As of the petition filing date, the claim is:** Check all that apply.    **$160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __MERCHANT ACCOUNT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**   **Nonpriority creditor's name and mailing address**
SOFI LENDING CORP
PO BOX 654158
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number __8283__

**As of the petition filing date, the claim is:** Check all that apply.    **$10,734.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __UNSECURED LOAN__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **IRagazzi Pizza, Inc.** _____   Case number (if known) _____

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Teco Gas**
**PO Box 31318**
**Tampa, FL 33631-3318**

Date(s) debt was incurred _

Last 4 digits of account number  **0981**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **service**

Is the claim subject to offset? ■ No  ☐ Yes

$559.25

---

3.44  **Nonpriority creditor's name and mailing address**
**Time Payment Corp**
**10-M Commerce Way**
**Woburn, MA 01801**

Date(s) debt was incurred _

Last 4 digits of account number  **3491**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LEASE**

Is the claim subject to offset? ■ No  ☐ Yes

$398.67

---

3.45  **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred _

Last 4 digits of account number  **9774**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PHONES**

Is the claim subject to offset? ■ No  ☐ Yes

$3,959.00

---

3.46  **Nonpriority creditor's name and mailing address**
**VOX FUNDING LLC**
**C/O MENDOLLA LAW**
**ATTN: Derek Mendolla, Esq.**
**1407 Broadway, 29th flr.**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number  **caaa**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONTRACT// Law suit in NY, Kings County**

Is the claim subject to offset? ■ No  ☐ Yes

$47,000.00

---

3.47  **Nonpriority creditor's name and mailing address**
**Wells Fargo Bank**
**PO Box 9210**
**Des Moines, IA 50306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **checking account in negative, account frozen**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

3.48  **Nonpriority creditor's name and mailing address**
**XXX**
**PO BOX 6293**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number  **6043**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CREDIT CARD**

Is the claim subject to offset? ■ No  ☐ Yes

$914.79

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | IRagazzi Pizza, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CFNA**<br>**PO Box 81315**<br>**Cleveland, OH 44181** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jerry-Lin Corporation**<br>**10 Hayestown Rd.**<br>**Danbury, CT 06811** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **McCarthy, Burgess & Wolf**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **SERVICING FINANCE CO**<br>**PO BOX 645775**<br>**Cincinnati, OH 45264** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **VOX FUNDING LLC**<br>**14 E. 44TH ST.**<br>**4TH FLR**<br>**New York, NY 10017** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 564.15 |
| 5b. Total claims from Part 2 | 5b. + | $ | 402,430.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 402,994.54 |

**Fill in this information to identify the case:**

Debtor name  **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Robert Luke** | **250 Ridgedale Ave W8 Florham Park, NJ 07932** | **BANK OF AMERICA** | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.2   **Robert Luke** | **250 Ridgedale Ave W8 Florham Park, NJ 07932** | **Bank America** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **IRagazzi Pizza, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,178,754.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,450,763.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **IRS OVERPAYMENT PAID BACK** | **$13,896.13** |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **IRS OVERPAYMENT PAID BACK** | **$34,325.16** |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | **IRS OVERPAYMENT PAID BACK** | **$57,067.24** |

Debtor   **IRagazzi Pizza, Inc.** _____   Case number (if known) _____

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **IRS OVERPAYMENT PAID BACK** | **$68,046.72** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | **IRS OVERPAYMENT PAID BACK** | **$82,525.15** |

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|---|
| 3.1. | **WELLS FARGO BANK** PO BOX 4199 Portland, OR 97208-4198 | **7/12/2023** | **$20,291.96** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **Lee County Tax Collector** PO Box 1609 Fort Myers, FL 33902 | **7/12/2023** | **$7,930.19** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_COUNTY TAXES_ |
| 3.3. | **Fifth Third Bank** PO Box 630337 Cincinnati, OH 45263 | **JULY 2023** | **$2,257.34** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **Bank of America** re: acct 7859 PO Box 31785 Tampa, FL 33631 | **July 2023** | **$15,204.28** | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **Department of Revenue** 2295 Victoria Avenue Suite 270 Fort Myers, FL 33901 | **July 2023** | **$5,633.29** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_business taxes_ |

Debtor    **IRagazzi Pizza, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.6. **Robert Luke**<br>**250 Ridgedale Ave W8**<br>**Florham Park, NJ 07932** | **July 2023** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Jessica Bishop**<br>**3013 SW 8th Place**<br>**Cape Coral, FL 33914** | **July 2023** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **SoFi Bank**<br>**2750 E. Cottonwood Pkwy #300**<br>**Salt Lake City, UT 84121** | **July 2023** | **$21,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Department of Revenue**<br>**2295 Victoria Avenue**<br>**Suite 270**<br>**Fort Myers, FL 33901** | **July 2023** | **$830.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes for payroll** |
| 3.10. **Specialized Loan Servicing**<br>**PO Box 636005**<br>**Littleton, CO 80163-6005** | | **$3,838.54** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Cypress Insurance**<br>**Wilcox Family Ins. Co.**<br>**3707 Cleveland Ave**<br>**Fort Myers, FL 33901** | **July 2023** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Stellantis**<br>**3065 Akers Mill Rd.**<br>**Suite 700**<br>**Atlanta, GA 30339** | **July 2023** | **$28,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Bank of Amercia**<br>**re: account 3084**<br>**PO Box 31785**<br>**Tampa, FL 33631** | **July 2023** | **$24,910.44** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **IRagazzi Pizza, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.14. **Bank of Amercia re: acct 5214 PO Box 31785 Tampa, FL 33631** | **July 2023** | **$6,152.67** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **VOX FUNDING LLC 14 E. 44TH ST. 4TH FLR New York, NY 10017** | **GARNISHED DEBTOR'S BANK ACCOUNT- WELLS FARGO SAVINGS, TOOK $52,000.00** | 8/7/2023 | $52,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jerry-Lin Corporation v I Ragazzi Pizza, Inc. 23-CA-007106** | **Contract Indebtedness** | **TWENTIETH JUDICIAL CIRCUIT LEE COUNTY JUSTICE CENTER 1700 Monroe Street Fort Myers, FL 33901** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **IRagazzi Pizza, Inc.**                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **VOX FUNDING, LLC**<br>**v**<br>**I RAGAZZI PIZZA, INC, ET AL**<br>**517422/2023** | **CONTRACT**<br>**INDEBTEDNESS** | **SUPREME COURT OF NY,**<br>**KINGS COUNTY**<br>**360 ADAMS ST.**<br>**#4**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Allan T. Griffith, P.A.**<br>**2100 McGregor Blvd.**<br>**Fort Myers, FL 33901** | **Attorney Fees $2610.95, CH 7 FILING FEE $338** | **JUNE, JULY 2023** | **$2,948.95** |
| Email or website address<br>**allan@allantgriffith.com** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **IRagazzi Pizza, Inc.**                                    Case number *(if known)*

Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Timothy Luke 3013 SW 8th Place Cape Coral, FL 33914 | 2019 Dodge Ram Pro Master Truck Value unknown, with a loan of $13000) | July 2023 | Unknown |
| | Relationship to debtor owner of business | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor  **IRagazzi Pizza, Inc.** _____   Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank PO Box 9210 Des Moines, IA 50306** | XXXX-5035 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **July 2023//acct in negative.  See Schedule F** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor  **IRagazzi Pizza, Inc.**                                        Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **IRagazzi Pizza, Inc.**                                                 Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **IRagazzi Pizza, Inc.**                                    Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2023**

**/s/ Timothy B. Luke**                                    **Timothy B. Luke**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re  **IRagazzi Pizza, Inc.**                                         Case No.

Debtor(s)                                        Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 11, 2023**                 **/s/ Timothy B. Luke**

**Timothy B. Luke**/**President**
Signer/Title

IRagazzi Pizza, Inc.
159 Hancock Bridge Parkway
Unit 2
Cape Coral, FL 33990

BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19686

EXXON MOBIL BUSINESS PRO
PO BOX 639
Portland, ME 04104

Allan T. Griffith
Allan T. Griffith, P.A.
2100 McGregor Blvd.
Fort Myers, FL 33901

BANKCARD CENTER
PO BOX 8339
Spring, TX 77380-8339

FIRESTONE CREDIT FIRST NA
PO BOX 81344
Cleveland, OH 44188

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

CFNA
PO Box 81315
Cleveland, OH 44181

FL DOR
c/o Ft Myers Service Ctr
2295 Victoria Ave.
Str 270
Fort Myers, FL 33901

Alexa Cordrey
1709 NW 11th Court
Cape Coral, FL 33993

Cherubino Masci
719 SE 12th Ave
apt 108
Cape Coral, FL 33990

Florida Dept of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0110

AMERICAN EXPRESS
PO BOX 297800
Fort Lauderdale, FL 33329

Citi Cards
PO Box 6403
Sioux Falls, SD 57117

FPL
PO Box 25476
Miami, FL 33102

Americo Financial Life &
Annuity Insurance Co.
PO Box 410288
Kansas City, MO 64141

Comcast
12641 Corporate Lakes Dr
Fort Myers, FL 33913

GB COLLECTS
SCOTTSDALE INSURANCE
1253 HADDONFIELD BERLIN RD
Voorhees, NJ 08043

ARAMARK
PO BOX 731676
Dallas, TX 75373

CUSANO'S
1185 POMPEI LANE
Naples, FL 34103

Goldman Sachs BANK
SALTLAKE CITY BRANCH
PO BOX 70321

Ascentium Capital, LLC
PO Box 11407
Dallas, TX 75303

Daniela Schiaroli
2920 SW 16th
Cape Coral, FL 33914

Heidy Marrero
109 NW 2nd Place
Cape Coral, FL 33993

Bank America
PO Box 653064
Dallas, TX 75265

Dish
PO Box 7203
Pasadena, CA 91109

Jerry-Lin Corporation
c/o Chefer & Hagan, PA
2120 McGregor Blvd.
Fort Myers, FL 33901

Jerry-Lin Corporation
10 Hayestown Rd.
Danbury, CT 06811

ODK CAPITAL LLC
aka OnDeck Asset Secur.
4700 W. Daybreak Pkwy
Suite 200
S. Jordan, UT 84009

Service Finance Co., LLC
555 S. FEDERAL HWY.
SUITE 200
Boca Raton, FL 33432

Jessica Bishop
3013 SW 8th Place
Cape Coral, FL 33914

Orkin Pest Control
2107 Andrea Ln
Fort Myers, FL 33912

SERVICING FINANCE CO
PO BOX 645775
Cincinnati, OH 45264

KAY JEWELERS
PO BOX 650972
Dallas, TX 75265

Quest Diagnostics
PO Box 740781
Cincinnati, OH 45274

SHIFT
ATTN: COLLECTIONS DEPT
2202 N. IRVING ST.
Allentown, PA 18109

Kohls
PO Box 1456
Charlotte, NC 28201

RAPID FINANCE
4500 E West Hwy FL6
Bethesda, MD 20814

SOFI LENDING CORP
PO BOX 654158
Dallas, TX 75265

LCEC
PO Box 31477
Tampa, FL 33631-3477

Robert Luke
250 Ridgedale Ave
W8
Florham Park, NJ 07932

Teco Gas
PO Box 31318
Tampa, FL 33631-3318

Lendini/Funding Metrics LLC
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Ryan Goss
2514 SW 25th Ave
Cape Coral, FL 33914

Time Payment Corp
10-M Commerce Way
Woburn, MA 01801

MACYS
PO BOX 790003
Saint Louis, MO 63179

Sam's Club
PO Box 669809
Dallas, TX 75266

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

McCarthy, Burgess & Wolf
26000 Cannon Road
Bedford, OH 44146

SBA
2 North 20th St.
Suite 320
Birmingham, AL 35203

VOX FUNDING LLC
C/O MENDOLLA LAW
ATTN: Derek Mendolla, Esq.
1407 Broadway, 29th flr.
New York, NY 10018

Millennium Physcian Group
Attn: 863690
PO Box 14000
Belfast, ME 04915

Scottsdale Insurance Co.
C/O GB COLLECTS, LLC
1253 HADDONFIELD BERLIN RD.
Voorhees, NJ 08043-4847

VOX FUNDING LLC
14 E. 44TH ST.
4TH FLR
New York, NY 10017

Wells  Fargo  Bank
PO  Box  9210
Des Moines, IA 50306


XXX
PO  BOX  6293
Carol Stream, IL 60197

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **IRagazzi Pizza, Inc.** _____    Case No. _____
Debtor(s)                           Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,610.95** |
| Prior to the filing of this statement I have received | $ **2,610.95** |
| Balance Due | $ **0.00** |

2.  $ **338.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm. However, if a conflict occurs, Xavier Fernandez and/or Holly McFall both associate with my firm to attend state and federal matters including 341 Meetings of Creditors and would be compensated at a flat fee of $50.00 OR $75.00 depending.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          **/s/ Allan T. Griffith**
*Date*                                                **Allan T. Griffith 173669**
                                                      *Signature of Attorney*
                                                      **Allan T. Griffith, P.A.**
                                                      **2100 McGregor Blvd.**
                                                      **Fort Myers, FL 33901**
                                                      **239-334-9199  Fax: 239-334-9271**
                                                      **allan@allantgriffith.com**
                                                      *Name of law firm*